MONTGOMERY Y. PAEK, ESQ., Bar # 10176
KAITLYN M. BURKE, ESQ., Bar # 13454
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
Telephone: 702.862.8800
Fax No.: 702.862.8811
Email: mpaek@littler.com
Email: kmburke@littler.com

Attorneys for Defendant
SUTHERLAND GLOBAL SERVICES INC.

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DANIEL SCHILLER,<br><br>    Plaintiff,<br><br>vs.<br><br>SUTHERLAND GLOBAL SERVICES INC; DOES I-X; ROE BUSINESS ENTITIES I-X,<br><br>    Defendant. | Case No. 2:18-cv-00736-GMN-GWF<br><br>**STIPULATION AND ORDER OF DISMISSAL** |

    Defendant, SUTHERLAND GLOBAL SERVICES, INC. (hereinafter "Defendant"), and Plaintiff, DANIEL SCHILLER ("Plaintiff"), by and through their respective attorneys of record, hereby stipulate and respectfully request an order dismissing the entire action with prejudice.

/ / /

/ / /

/ / /

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800

Each party shall bear its own costs and attorney's fees.

Dated: June 25, 2018                    Dated:  June 25, 2018

Respectfully submitted,                 Respectfully submitted,


*/s/ James P. Kemp, Esq.*               */s/ Kaitlyn M. Burke, Esq.*
JAMES P. KEMP, ESQ.                     MONTGOMERY Y. PAEK, ESQ.
KEMP & KEMP                             KAITLYN M. BURKE, ESQ.
                                        LITTLER MENDELSON, P.C.
Attorneys for Plaintiff
                                        Attorneys for Defendant
                                        SUTHERLAND GLOBAL SERVICES INC.


**ORDER**

**IT IS SO ORDERED.**

DATED this  30  day of June, 2018.

_____
Gloria M. Navarro, Chief Judge
UNITED STATES DISTRICT COURT

LITTLER MENDELSON, P.C.
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
702.862.8800

2.